IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01026-MSK-KMT

KEVIN HENRY,

    Plaintiff,

v.

PHARMACY MANAGEMENT SERVICES, INC.;
MARK LARIVEE; and
COLLEGE PHARMACY, INC.,

    Defendant.

___

## ORDER OF RECUSAL
___

    THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, the undersigned presided over a criminal matter involving the parties to this action. Accordingly, it is

    **ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

    DATED this 7th day of May, 2013.

                                  **BY THE COURT:**

                                  */s/ Marcia S. Krieger*

                                  Marcia S. Krieger
                                  Chief United States District Judge