**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  13-cv-01026-REB-KMT

KEVIN HENRY,

     Plaintiff,

v.

PHARMACY MANAGEMENT SERVICES, INC.,
MARK LARIVEE, and
COLLEGE PHARMACY, INC.,

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Settlement and Motion To Dismiss with Prejudice** [#63][1] filed August 21, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Motion To Dismiss with Prejudice** [#63] as part of the **Stipulation of Settlement**, filed August 21, 2013, is **GRANTED**;

2. That any pending motion is **DENIED** as moot; and

---

[1] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 26, 2013, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge